# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ERIC E. LENZEN** | **INITIAL APPEARANCE/ARRAIGNMENT<br>AND GUILTY PLEA MINUTES**<br>**on Class A Misdemeanor**<br>CASE NUMBER **24-cr-90** |

---

| | |
|---|---|
| HONORABLE  William E. Duffin, presiding | Court Reporter: Jennifer Stake |
| Deputy Clerk: Linda M. Zik | Hearing Began:  1:36 p.m. |
| Hearing Held: May 22, 2024 at 1:30 p.m. | Hearing Ended:  1:59 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by:  Julie F. Stewart
Eric E. Lenzen, in person, and by:  Kathleen M. Quinn / Matthew E. McLaughlin  ☐ CJA  ☐ FDS  ☒ RET
U.S. PROBATION OFFICE by:  Amos Malone
INTERPRETER:  ☒ None  ☐ Sworn

---

☐ Original Indictment   ☐ Superseding Indictment   ☒ Information   ☒ Misdemeanor   ☐ Felony

| | |
|---|---|
| Speedy Trial Date: | District Judge:    NONE |
| Plea Deadline: | Bond Judge:    William E. Duffin |
| Final Pretrial Report | Magistrate Judge:    William E. Duffin |
| Final Pretrial Conf.: | Motions Due: |
| Jury Trial Date: | Responses Due: |
| Trial Length Estimate: _____ | Replies Due: |

---

☐ Defendant consents to proceed via video
☒ Defendant advised of rights
☐ Court orders counsel appointed
☒ Defendant advised of charges, penalties, and fines
☒ Copy of Information received by defendant
  ☐ Information read  ☒ defendant waives reading
☐ Not guilty plea entered by: ☐ defendant  ☐ the court
☐ Expanded discovery policy applies (*See* Order below)
  Discovery available:  Date

☐ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge

---

Information and Plea Agreement filed:  April 30, 2024

Defendant sworn. Court questions defendant.

<u>Maximum Penalties as to each Count:</u>
Counts 1 & 2: Imprisonment: 1 year; Fine: $25,000; Supervised Release: 1 year;
Restitution: $3,914,705.63 – will be updated at sentencing; Special Assessment: $25.00

Government's offer of proof is in the Plea Agreement.

Government consents to Magistrate Judge jurisdiction in a misdemeanor case.
Defendant consents to Magistrate Judge jurisdiction in a misdemeanor case; form signed.

Plea:  __**Guilty**__  to Counts  __**1 & 2**__  of the Information  (Class A Misdemeanors)

Defendant found competent to enter guilty pleas.


__**X**__  Presentence Report ordered – Rule 32(e)(2) waived in the Plea Agreement


PSR Disclosure date:     **July 22, 2024**
Objections due:           **August 5, 2024**
Responses due:            **August 12, 2024**

Sentencing date:  __**September 17, 2024 at 9:30 a.m.**__


Deft to report to the U.S. Marshal for processing.

**Bond Status:**

☑        Defendant is released on:  ☑ O/R bond

Condition of Bond:
Not spend or transfer in excess of $5,000 in any one instance w/o approval of Pretrial Services or the Court, with the exception of paying the mortgage

Order Setting Conditions of Release signed.